

KEVIN G. FALEY
ANDREA M. ALONSO □
KENNETH E. PITCOFF
PATRICIA E. PERMAKOFF
KEVIN F. MAHON
MICHAEL V. CAMPANILE
LINA C. ROSSILLO
JAMES A. PANNONE □
EDWARD J. HARRINGTON
WILLIAM J. MANNING, JR.
DONNA M. WHITE
MARK A. HEALY
ALLYSON P. LUBELL
GAIL S. KARAN
JENNA L. MASTRODDI □
ELIZABETH A. FILARDI
IRYNA S. KRAUCHANKA
DORIS RIOS DUFFY
JEOUNGSON KIM
CHRISTOPHER R. INVIDIATA
REBECCA J. ROSEDALE □
CRISTINA SOLLER
AMANDA M. ZEFI □
LAWTON W. SQUIRES
ROBERT E. O'CONNOR
ALFRED R. HINTZ
BRIAN T. DEVENEY
EUGENE O. MORENUS
CHRISTOPHER M. ROGERS
DAWN C. FAILLACE-DILLON
JUSTIN E. ANGELINO
GEORGE APRILAKIS
CHARLES M. KERR
ROBERT WHITBECK

SAMAN ASLAM
ROBERT J. BARD
JOHN E. BONETA
ALDO CAIRA
LAUREN CASPARIE
SUEY K. CHUNG □
JOAN M. COCHA □
JOSH CORTAVARRIA
MICHAEL A. CZOLACZ
SEAN DEIGHAN
ARDINEZ A. DOMGJONI □
ARIANNA EFSTATHIOU
VINCENT D. FINNEGAN
FRANK H. FOSTER
IRA E. GOLDSTEIN
ELIZABETH A. GRIFFIN
MARITANNA ISAKOV
JOSE M. LASPRILLA
ROBERT MAROTTA
RORY MCMANUS
EMILY M. MOWER *
GREGORY S. NELSON

BRIAN R. O'CONNOR
MARISSA PADOVANO
ANTHONY PALMIOTTO
TAMAR S. PELTZ
PATRICK PRAGER
TIMOTHY PRYOR
PATRICK REILLY
ROBERT J. REILLY
DANIELLE J. REISS +
RASLEEN K. SAHNI
TATIANA SAMSONOVA-BELLO
YEKATERINA SAPSON □
STEPHEN L. SCHIOPPI
DAVINDERPAL SINGH
RICHARD E. STIEK □
GARY M. SUNSHINE
DAVID J. TAMKE
INNA V. TERES
IAN TOTH
VIKTORIYA UKHOVA
MICHAEL A. VICARIO ^
RAKSHITA WEATHERS »
_____
□ ADMITTED IN NY AND NJ
* ADMITTED IN NJ
» ADMITTED IN NY AND PA
+ ADMITTED IN NY, NJ AND PA

OF COUNSEL
JOHN J. DUFFY (1925-2023)
MICHAEL B. TITOWSKY

**MORRIS DUFFY ALONSO FALEY & PITCOFF**

101 GREENWICH STREET
NEW YORK, NY 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

NASSAU
1 OLD COUNTRY ROAD
CARLE PLACE, NY 11514

SUFFOLK
ONE HUNTINGTON QUADRANGLE
MELVILLE, NY 11747

WESTCHESTER
445 HAMILTON AVENUE
WHITE PLAINS, NY 10601

GREENE
11 WHISPER CREEK DRIVE
WINDHAM, NY 12496

NEW JERSEY
744 FLOYD STREET
ENGLEWOOD CLIFFS, NJ 07632

April 22, 2024

_**VIA E-FILE**_

Hon. Gary R. Brown
Hon. Steven I. Locke
United States District Court
Eastern District Of New York
225 Cadman Plaza E
Brooklyn, New York 11201

RE: Our File No.: (SP) 77216
_**FIERMONTE v. AIRPORT DESIGN CONSULTANTS, INC., ET AL**_
Civil Action No. CV-24-2749

Dear Honorable Brown and Honorable Locke:

As you are aware, we represent the defendants Savik, Murray, & Aurora Construction Management Co., LLC in the above referenced matter.

Please be advised that we are filing our timely, Suffolk County, State Court Stipulation Extending Time to Answer and Amended Verified Answer in this Federal Court Action based

upon the Removal Notice Filed, in order to protect the interests of our client from any potential default.

We will, of course, file any required Federal Court pleadings and discovery demands, as required by this Court going forward.

Very truly yours,

*Lawton W. Squires*

LWS/dr                                LAWTON W. SQUIRES