# COUNTY OF SUFFOLK



**VINCENT PULEO**
SUFFOLK COUNTY CLERK

631-852-2000 ext. 55859



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★    APR 22 2024    ★
LONG ISLAND OFFICE

Date:    **APR 18 2024**

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 205623/2022 , along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,

*24cv 2749 (GRB)(SIL)*

Tracy Lorenz

Administrative Assistant

E-filing Coordinator

Rev. 12/02/2022

310 CENTER DRIVE    •    RIVERHEAD, LONG ISLAND, NEW YORK 11901-3392    •    (631) 852-2000 FAX (631) 852-2004



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
COUNTY OF SUFFOLK

The Clerk of the County of Suffolk and  the  Court of  Record  thereof  do hereby certify that I have compared the annexed  with  the  original

**CLERKS MINUTES NYSCEF**

filed in my office on   **04/18/2024**

and, that the same  is  a  true  copy  thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this   **4/18/2024**                 .

SUFFOLK  COUNTY  CLERK

VINCENT PULEO

SEAL

NYSCEF
Suffolk County Supreme Court

Document List
Index #   205623/2022          Created on:04/18/2024 09:05 AM

Case Caption:   GINO FIERMONTE v. AIRPORT DESIGN CONSULTANTS INC et al
Judge Name:    David T. Reilly

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 1 | SUMMONS + COMPLAINT | Processed | 11/10/2022 | Walker, S. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Affidavit of Service | Processed | 12/02/2022 | Walker, S. - filed by Walker & Mackenzie, P.C |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Affidavit of Service | Processed | 12/02/2022 | Walker, S. - filed by Walker & Mackenzie, P.C |
| 4 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 12/02/2022 | Walker, S. - filed by Walker & Mackenzie, P.C |
| 5 | ANSWER | Processed | 12/20/2022 | Wexler, W. |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 12/20/2022 | Wexler, W. |
| 7 | NOTICE OF MOTION | Processed | 12/20/2022 | Wexler, W. |
| 8 | AFFIDAVIT OR AFFIRMATION IN SUPPORT | Processed | 12/20/2022 | Wexler, W. |
| 9 | EXHIBIT(S) <br> Summons and Complaint | Processed | 12/20/2022 | Wexler, W. |
| 10 | EXHIBIT(S) <br> Portion of 50h transcript | Processed | 12/20/2022 | Wexler, W. |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 12/20/2022 | Wexler, W. |
| 12 | RJI -RE: NOTICE OF MOTION | Processed | 12/20/2022 | Wexler, W. |
| 13 | ADDENDUM - GENERAL (840A) | Processed | 12/20/2022 | Wexler, W. |
| 14 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Affidavit of Service | Processed | 12/23/2022 | Walker, S. - filed by Walker & Mackenzie, P.C |
| 15 | STIPULATION - ADJOURNMENT OF MOTION | Processed | 01/12/2023 | Walker, S. - filed by Walker & Mackenzie, P.C |
| 16 | ANSWER <br> VERIFIED ANSWER AND DISCOVERY DEMANDS | Processed | 03/14/2023 | Puzo, J. |
| 17 | ANSWER <br> Verified Answer to Co-Defendant LIPA's Cross Claim | Processed | 03/17/2023 | Wexler, W. |
| 18 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Certificate of Service | Processed | 03/17/2023 | Wexler, W. |
| 19 | STIPULATION - ADJOURNMENT OF MOTION | Processed | 03/20/2023 | Walker, S. |
| 20 | NOTICE OF MOTION | Processed | 03/23/2023 | O'Brien, J. |
| 21 | AFFIDAVIT <br> CEDRICK A. JOHNSON | Processed | 03/23/2023 | O'Brien, J. |

NYSCEF
Suffolk County Supreme Court

**Document List**
Index #  205623/2022

Created on:04/18/2024 09:05 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 22 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Processed | 03/23/2023 | O'Brien, J. |
| 23 | EXHIBIT(S)<br>AGREEMENT FOR ENGINEERING SERVICES | Processed | 03/23/2023 | O'Brien, J. |
| 24 | EXHIBIT(S)<br>COST PLUS FIXED FEE CONSULTANT AGREEMENT FOR ENGINEERING SERVICES | Processed | 03/23/2023 | O'Brien, J. |
| 25 | STIPULATION - PARTIAL DISCONTINUANCE (POST RJI)<br>Stip Discontinuing Action w/ Prejudice Against Town of Islip Only | Processed | 04/07/2023 | Wexler, W. |
| 26 | STIPULATION - ADJOURNMENT OF MOTION | Processed | 04/19/2023 | Walker, S. |
| 27 | STIPULATION - ADJOURNMENT OF MOTION | Processed | 05/09/2023 | Walker, S. |
| 28 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION<br>Affirmation in Opposition | Processed | 05/24/2023 | Walker, S. |
| 29 | EXHIBIT(S)<br>50-H transcript | Processed | 05/24/2023 | Walker, S. |
| 30 | EXHIBIT(S)<br>LIBN article | Processed | 05/24/2023 | Walker, S. |
| 31 | EXHIBIT(S)<br>JKL's web-page | Processed | 05/24/2023 | Walker, S. |
| 32 | EXHIBIT(S)<br>FAA Grant | Processed | 05/24/2023 | Walker, S. |
| 33 | EXHIBIT(S)<br>John Foster LinkedIn | Processed | 05/24/2023 | Walker, S. |
| 34 | EXHIBIT(S)<br>Town of Islip announcement | Processed | 05/24/2023 | Walker, S. |
| 35 | EXHIBIT(S)<br>Long Island Business News | Processed | 05/24/2023 | Walker, S. |
| 36 | EXHIBIT(S)<br>Article | Processed | 05/24/2023 | Walker, S. |
| 37 | EXHIBIT(S)<br>JKL's web-site | Processed | 05/24/2023 | Walker, S. |
| 38 | STIPULATION - ADJOURNMENT OF MOTION | Processed | 05/31/2023 | O'Brien, J. |
| 39 | AFFIDAVIT OR AFFIRMATION IN REPLY | Processed | 06/13/2023 | O'Brien, J. |
| 40 | AFFIDAVIT<br>Mahesh Kukata | Processed | 06/13/2023 | O'Brien, J. |
| 41 | ORDER - MOTION- SHORT FORM | Processed | 01/11/2024 | Court User |
| 42 | NOTICE OF ENTRY | Processed | 01/11/2024 | Walker, S. |
| 43 | ANSWER WITH CROSS-CLAIM(S) | Processed | 01/25/2024 | O'Brien, J. |

NYSCEF
Suffolk County Supreme Court

**Document List**

Index #  205623/2022

Created on:04/18/2024 09:05 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 44 | SUMMONS-SUPPLEMENTAL (POST RJI)<br>Supplemental Summons | Processed | 02/12/2024 | Walker, S. |
| 45 | COMPLAINT (AMENDED)<br>Amended Complaint | Processed | 02/12/2024 | Walker, S. |
| 46 | NOTICE OF REJECTION<br>Notice of Rejection with Amended Complaint | Processed | 02/22/2024 | O'Brien, J. |
| 47 | NOTICE OF REJECTION | Processed | 02/22/2024 | Wexler, W. |
| 48 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS - Vashti Deonarain | Processed | 02/22/2024 | Mackenzie, M. |
| 49 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS - Savik, Murray & Aurora Construction<br>Management | Processed | 02/22/2024 | Mackenzie, M. |
| 50 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS - Savik and Murray, LLP | Processed | 02/22/2024 | Mackenzie, M. |
| 51 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS - Savik & Murray Consulting Engineers | Processed | 02/22/2024 | Mackenzie, M. |
| 52 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS - Burns Engineering | Processed | 02/22/2024 | Mackenzie, M. |
| 53 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS - Airport Design Consultants | Processed | 02/22/2024 | Mackenzie, M. |
| 54 | NOTICE OF REJECTION<br>Notice of Rejection | Processed | 02/23/2024 | Gangel, E. |
| 55 | NOTICE OF REJECTION<br>Notice of Rejection on Behalf of Non-Party Savik and<br>Murray, LLP | Processed | 03/08/2024 | Sharovskiy, S. |
| 56 | NOTICE OF REJECTION<br>Notice of Rejection on Behalf of Non-Party Savik &<br>Murray Consulting Engineers, PLLC | Processed | 03/08/2024 | Sharovskiy, S. |
| 57 | NOTICE TO COUNTY CLERK - AMENDMENT OF<br>CAPTION | Processed | 03/08/2024 | Mackenzie, M. |
| 58 | ANSWER WITH CROSS-CLAIM(S)<br>VERIFIED ANSWER TO AMENDED COMPLAINT WITH<br>DISCOVERY DEMANDS | Processed | 03/18/2024 | Puzo, J. |
| 59 | STIPULATION - TIME TO ANSWER<br>Stipulation Extending Time to Answer - Deft Burns<br>Engineering | Processed | 03/20/2024 | Mackenzie, M. - filed<br>by Walker &<br>Mackenzie, P.C. |
| 60 | STATEMENT OF AUTHORIZATION FOR<br>ELECTRONIC FILING<br>STATEMENT OF AUTHORIZATION FOR<br>ELECTRONIC FILING | Processed | 03/20/2024 | Mackenzie, M. - filed<br>by Walker &<br>Mackenzie, P.C. |
| 61 | ANSWER<br>Verified Answer to Co-Defendant LIPA's Cross Claim | Processed | 03/26/2024 | Wexler, W. |
| 62 | PROOF OF SERVICE | Processed | 03/26/2024 | Wexler, W. |
| 63 | NOTICE OF APPEARANCE (POST RJI) | Processed | 03/28/2024 | Squires, L. |
| 64 | STIPULATION - TIME TO ANSWER<br>Amended Complaint | Processed | 03/29/2024 | Squires, L. |

NYSCEF
Suffolk County Supreme Court

**Document List**
Index # 205623/2022

Created on:04/18/2024 09:05 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 65 | ANSWER WITH CROSS-CLAIM(S)<br>Answer to Amended Complaint | Processed | 04/02/2024 | Gangel, E. |
| 66 | NOTICE OF DEPOSITION UPON ORAL EXAMINATION<br>Notice of Deposition Upon Oral Examination and Combined Discovery Demands & Notices | Processed | 04/02/2024 | Gangel, E. |
| 67 | STIPULATION - TIME TO ANSWER<br>Stipulation Extending Time to Answer - Defts ADCI and JKL | Processed | 04/02/2024 | Mackenzie, M. |
| 68 | STIPULATION - TIME TO ANSWER<br>Stipulation Extending Time to Answer - Deft SMAC | Processed | 04/02/2024 | Mackenzie, M. |
| 69 | STIPULATION - TIME TO ANSWER | Processed | 04/02/2024 | Sharovskiy, S. |
| 70 | NOTICE OF MOTION - *Corrected*<br>Notice of Motion | Processed | 04/08/2024 | Wexler, W. |
| 71 | AFFIDAVIT OR AFFIRMATION IN SUPPORT - *Corrected*<br>Affirmation in Support of Motion to Dismiss | Processed | 04/08/2024 | Wexler, W. |
| 72 | EXHIBIT(S)<br>Email of 2/14/2024 | Processed | 04/05/2024 | Wexler, W. |
| 73 | EXHIBIT(S)<br>Letter of 3/19/2024 | Processed | 04/05/2024 | Wexler, W. |
| 74 | MEMORANDUM OF LAW IN SUPPORT - *Corrected*<br>Memorandum of Law in Support of Motion to Dismiss | Processed | 04/08/2024 | Wexler, W. |
| 75 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Certificate of Service | Processed | 04/05/2024 | Wexler, W. |
| 76 | NOTICE OF REMOVAL / REMAND (POST RJI)<br>Notice of Filing of Notice of Removal | Processed | 04/12/2024 | Leonardo-Beckmann, D. |
| 77 | EXHIBIT(S)<br>Copy of Notice of Removal filed with District Court | Processed | 04/12/2024 | Leonardo-Beckmann, D. |
| 78 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter to the Clerk of the Court | Processed | 04/12/2024 | Leonardo-Beckmann, D. |
| 79 | ANSWER (AMENDED)<br>Verified Answer-Cross-Claims-Discovery Demands | Processed | 04/17/2024 | Squires, L. |
| 80 | ANSWER<br>to amended complaint | Processed | 04/18/2024 | Squires, L. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

GINO FIERMONTE,

                           Plaintiff,

        -against-

AIRPORT DESIGN CONSULTANTS, INC.,
BURNS ENGINEERING, INC., SAVIK &
MURRAY, CONSULTING ENGINEERS, PLLC,
SAVIK, MURRAY & AURORA CONSTRUCTION
MANAGEMENT CO., LLC, SAVIK AND
MURRAY, LLP, LONG ISLAND POWER
AUTHORITY, TOWN OF ISLIP, JOHNSON,
KUKATA, & LUCCHESI, P.C. and VASHTI
DEONARAIN,

                         Defendants.

**NOTICE OF FILING OF REMOVAL**

**Index No. 205623/2022**

TO:    THE CLERK OF THE COURT, SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF SUFFOLK:

PLEASE TAKE NOTICE that the United States of America, by its attorney BREON

PEACE, United States Attorney for the Eastern District of New York, DIANE C. LEONARDO,

Assistant United States Attorney, of counsel, has filed a Notice of Removal, pursuant to 28 U.S.C.

§§ 1346(b), 1441(a), 1442(a)(1), 2679(d)(2), with respect to the above-captioned action from this

Court to the United States District Court for the Eastern District of New York. A true and correct

copy of the Notice of Removal is attached.

Pursuant to 28 U.S.C. § 1446(d), the Supreme Court of the State of New York, County of

Suffolk should proceed no further unless and until the case is remanded, and should transmit all

the papers filed in the above action to the Clerk of the Court, United States District Court, Eastern

District of New York.

Dated: Central Islip, New York
      April 12, 2024

Respectfully submitted,

BREON PEACE
United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, New York 11201

By:    s/ Diane C. Leonardo
       Diane C. Leonardo
       Assistant U.S. Attorney
       (631) 715-7854
       Diane.beckmann@usdoj.gov

TO:    Clerk of Court (by electronic filing)
      Supreme Court of the State of New York
      County of Suffolk
      One Court Street
      Riverhead, New York 11901

      Counsel of Record by electronic filing

2