UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GINO FIERMONTE,

                        Plaintiff,

      -against-

AIRPORT DESIGN CONSULTANTS, INC., BURNS
ENGINEERING, INC., SAVIK & MURRAY, CONSULTING
ENGINEERS, PLLC, SAVIK, MURRAY & AURORA
CONSTRUCTION MANAGEMENT CO., LLC, SAVIK AND
MURRAY, LLP, LONG ISLAND POWER
AUTHORITY, TOWN OF ISLIP, JOHNSON, KUKATA, &
LUCCHESI, P.C. and VASHTI DEONARAIN,

                        Defendants.

Civil Action No.
24-CV-2749

## CERTIFICATION OF SCOPE OF EMPLOYMENT AND NOTICE OF SUBSTITUTION OF UNITED STATES OF AMERICA FOR VASHTI DEONARAIN

Pursuant to 28 U.S.C. § 2679(d)(2), and by virtue of the authority invested in United States Attorneys by the Attorney General under 28 C.F.R. § 15.4, it is hereby certified that, on the basis of the information now available with respect to the incidents alleged in the Amended Complaint, Defendant Vashti Deonarian was acting within the scope of her employment as a federal employee at the time of the incidents out of which the claims alleged in the Amended Complaint arose. Accordingly, pursuant to 28 U.S.C. § 2679(d)(2), the UNITED STATES OF AMERICA is hereby substituted as the respondent, by operation of law, for Defendant Vashti Deonarian and

all claims asserted in the above-captioned action against Defendant Vashti Deonarian shall be, and

hereby are, deemed claims for relief against the UNITED STATES OF AMERICA.

Dated:    Central Islip, New York
          April 30, 2024                          Respectfully submitted,

                                                  BREON PEACE
                                                  United States Attorney
                                                  Eastern District of New York
                                                  610 Federal Plaza, 5th Floor
                                                  Central Islip, New York 11722

                                        By:       Diane C. Leonardo
                                                  Diane C. Leonardo
                                                  Assistant United States Attorney
                                                  (631) 715-7854
                                                  Diane.beckmann@usdoj.gov