UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

GINO FIERMONTE,

                       Plaintiff,

     -against-

UNITED STATES OF AMERICA,

                  Defendant
_____X

**NOTICE OF MOTION**

Civil Action No.
CV-24-2749

(Brown, J.)
(Locke, M.J.)

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated May 29, 2026, the Declaration of Diane C. Leonardo dated May 29, 2026 with attached exhibits and the pleadings herein, the United States of America, by its attorney, JOSEPH NOCELLA, JR. United States Attorney for the Eastern District of New York, Diane C. Leonardo, Assistant United States Attorney, of counsel, will move this Court before the Honorable Gary R. Brown, United States District Court Judge, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 12 (b)(6), granting the United States' motion to dismiss and

awarding all such other further relief as the Court deems appropriate.

Dated: Central Islip, New York
    May 29, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
Attorney for the United States
610 Federal Plaza, 5th Floor
Central Islip, NY 11722-4454

BY:    s/ Diane C. Leonardo
Diane C. Leonardo
Assistant United States Attorney
(631) 715-7854
Email: diane.beckmann@usdoj.gov